**PHILLIPS DAYES**
LAW FIRM
*A Professional Corporation*

3101 North Central Avenue, Suite 1100
Phoenix, Arizona 85012
TREY DAYES, No. 020805
SEAN C. DAVIS, No. 030754
seand@phillipsdayeslaw.com
Direct: (602) 288-1610 ext. 432
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZIONA**

| | |
|---|---|
| Thomas Tarver, | Case No. 3:17-cv-08058-BSB |
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** |
| vs. | |
| GD Services Holding, LLC, a Nevada corporation d/b/a Adobe Highlands Management L.P., an Arizona limited partnership, | |
| Defendant. | |

Pursuant to FRCP 41(a)(1)(A), Plaintiff gives notice of his dismissal with prejudice of this action.

Dated: July 6, 2017          Respectfully submitted,

**PHILLIPS DAYES LAW FIRM PC**

By /s/Sean C. Davis
Trey Dayes
Sean C. Davis
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2017, I electronically transmitted the attached document to the clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to each of the following registrants:

None

By: /s/Sean C. Davis